

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-3138

Filed: October 8, 2003

MARY JANE GOFFINET

    Plaintiff - Appellant

v.

~~DAVID J. NIEHAUS; CHARLES BAILEY; DAN HARA~~

    Defendants - Appellees

C-1-02-098
SJD

**MANDATE**

Pursuant to the court's disposition that was filed 9/16/03 the mandate for this case hereby issues today.

A True Copy.

COSTS: NO COSTS TAXED

Attest:

Filing Fee ..........$
Printing ............$

    Total ..........$

Robin Duncan
    Deputy Clerk